# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLONDELL HOWARD | : CIVIL ACTION |
| vs. | : |
| | : NO. 09-CV-4530 |
| WAL-MART SUPERCENTER and | : |
| WAL-MART STORES, INC. | : |

## **ORDER**

AND NOW, this 30th day of November, 2009, upon consideration of Plaintiff's Motion to Remand (Doc. No. 3) and Defendant's Response thereto, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,        J.